ACCEPTED
14-15-00190-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 7:12:53 PM
CHRISTOPHER PRINE
CLERK

**No. 14-15-00190-CV**

IN THE COURT OF APPEALS
FOR THE FOURTEEN DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 7:12:53 PM
CHRISTOPHER A. PRINE
Clerk

**CHRISTINE E. REULE,**
*Appellant*
v.
**JOHN R. BELUS**
*Appellee*

On Appeal from Cause No. 2014-37325
190TH Judicial District Court of Harris County, Texas

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THE BRIEF**

CHRISTINE E. REULE
Pro Se
1831 Sherwood Forest #24
Houston, Texas 77043
(713) 365-0535

IDENTITY OF PARTIES AND THEIR COUNSEL

Appellant, Christine E. Reule, hereby certifies that the following are the list of parties and their respective counsel, if any, to the best of her knowledge and understanding of the rules.

PARTIES                                    COUNSEL

Appellant
CHRISTINE E. REULE                         Pro Se
                                           1831 Sherwood Forest
                                           #24
                                           Houston, Texas 77043
                                           (713) 365-0535
                                           Creule@msn.com


Appellee
 JOHN R. BELUS                             D. John Neese
                                           2118 Smith Street
                                           Houston, Texas 77002
                                           jneese@hmgnc.com


KELLY SANCHEZ AND VALLOUREC                Jeffrey D. Burbach
DRILLING PRODUCTS USA, INC                 Jackson Walker L.L.P.
                                           1401 McKinney,
                                           Suite 1900
                                           Houston, Texas  77010
                                           713.752.4262 (direct)
                                            jburbach@jw.com

 WENDY HATZ AND DURA
 BOND PIPE                                 COREY REED
                                           Thompson Coe Cousins &
                                           Irons, L.L.P
                                           One Riverway, Suite 1400
                                           Houston, Texas 77056
                                           Phone: 713-403-8213
                                           creed@thompsoncoe.com

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Christine E. Reule, Appellant, and those similarly situated, respectfully submits this motion for extension of time in which to file her brief.

This court previously sustained Appellant's objection to the prior deadline in accordance with T.R.A.P. 38.6, Appellant's brief is due thirty (30) days after the later of: "(1) the date the clerk's record was filed; and (2) th date the reporter's record was filed." There were many missing records, and transcripts. The court set the new deadline for October 21, 2015.

As the court may recall, Appellant has numerous medical issues, and has treated with a new doctor, who confirmed her diagnosis. Stress severely aggravates Appellant's medical condition. Her hands are swollen, she's extremely fatigue making it difficult to concentrate, type and she's in severe pain. Appellant contacted Appellees to see if any had an objection on October 21, 2015. Neither Jeffrey Burbach or D. John Neese, Jr. bother to reply. Cory Reed was the only one who was opposed.

Good cause exists for the extension which is not sought for purpose of delay. The extension is an accommodation for Appellant's disability and medical conditions.

Therefore, appellant requests that this court grant her a 30 day extension from the date of the order, due to her disability and medical condition.

PRAYER

For these reasons, Appellant requests that this court grant her a 30 day extension of time in which to file her brief, and for such other and further relief as the court deems just and proper.

Dated:  October 21, 2015  Respectfully submitted,

/s/Christine Reule

_____

Christine E. Reule
1831 Sherwood Forest #24
Houston, Texas 77043
Creule@msn.com

CERTIFICATE OF MAILING

The above and foregoing document was served in accordance with Rule 21a on this 21st day of October 2015, on all interested parties in this case.